IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                             Case No. 2:25cv00053

ANNA ANIMAH RICHARD

    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendant:

**Anna Animah Richard**

    I certify that I am admitted to practice in this Court.

<u>February 28, 2025</u>
Date

                                                   Respectfully submitted,

                                                   ANNA ANIMAH RICHARD

                    By:    <u> s/  Mitchell E. Sanders   </u>
                             Mitchell E. Sanders, VSB # 100764
                             Assistant Attorney General
                             Office of the Attorney General
                             Criminal Justice & Public Safety Division
                             4429 Bonney Rd, Suite 400
                             Virginia Beach, VA 23462
                             Phone: (757) 910-3912
                             Fax: (804) 786-4239
                             Email: msanders@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2025, I electronically filed the foregoing Notice of Appearance using the CM/ECF system which will send notification of such filing to the following:

Daniel Guinnane Zemel
Krudys Law Firm
919 East Main Street
Suite 2020
Richmond, VA 23219
804-774-7950
Fax: 804-381-4458
Email: dzemel@krudys.com

                                        s/ Mitchell E. Sanders
                                        Mitchell E. Sanders, VSB #100764
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        Criminal Justice & Public Safety Division
                                        4429 Bonney Rd, Suite 400
                                        Virginia Beach, VA 23462
                                        Phone: (757) 910-3912
                                        Fax: (804) 786-4239
                                        Email: msanders@oag.state.va.us