IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                                                CASE NO.  2:25-cv-53

ANNA ANIMAH RICHARD,

    Defendant.

## ORDER

Upon consideration of the parties' joint motion for an extension of time for Defendant to file her initial responsive pleading to Plaintiff's Complaint, it is hereby **ORDERED** that the parties' joint motion for an extension of time is **GRANTED**, and Defendant shall have until March 17, 2025, to file responsive pleadings.

The Clerk is directed to send copies of this Order to the parties.

Enter:          /          /2025

_____

Judge

I ASK FOR THIS:

s/ Mitchell E. Sanders
Mitchell E. Sanders, VSB #100764
Assistant Attorney General
Office of the Attorney General

Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(757) 910-3912
(804) 786-4239 (Fax)
Email:  MSanders@oag.state.va.us
<u>Counsel for Defendant</u>

<u>*s/* Danny Zemel</u>
Danny Zemel
The Krudys Law Firm, PLC
919 East Main Street, Suite 2020
Richmond, VA 23219
(804) 774-7950
dzemel@krudys.com
<u>Counsel for Plaintiff</u>