**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

ANTONIO FERNANDEZ,

      Plaintiff,

v.                                                                      Case No. 2:25cv00053

ANNA ANIMAH RICHARD

      Defendant.

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for the following Defendant:

**Anna Animah Richard**

      I certify that I am admitted to practice in this Court.

<u>March 31, 2025</u>
Date

                        Respectfully submitted,

                        ANNA ANIMAH RICHARD

      By:   <u>s/ Richard C. Vorhis</u>
            Richard C. Vorhis (VSB #23170)
            Senior Assistant Attorney General
            Office of the Attorney General
            202 North 9th Street
            Richmond, VA 23219
            Phone: (804) 786-4805
            Email: Rvorhis@oag.state.va.us

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of March 2025, I electronically filed the foregoing

Notice of Appearance using the CM/ECF system which will send notification of such filing to the

following:

Daniel Guinnane Zemel
Krudys Law Firm
919 East Main Street
Suite 2020
Richmond, VA 23219
804-774-7950
Fax: 804-381-4458
Email: dzemel@krudys.com

<div style="margin-left:50%">

s/ Richard C. Vorhis
Richard C. Vorhis (VSB #23170)
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
 Phone: (804) 786-4805
Email: Rvorhis@oag.state.va.us

</div>

2