UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                CIVIL ACTION NO. 2:25cv53

ANNA ANIMAH RICHARDS,

    Defendant.

### ORDER

Counsel have filed a Consent to Proceed Before a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. ECF Nos. 12, 14. The parties having consented, it is hereby **ORDERED** that this case be referred to United States Magistrate Judge Robert J. Krask to conduct any and all further proceedings in this case, including the trial, and order the entry of a final judgment as to the parties.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

                                      /s/
                          Rebecca Beach Smith
                          Senior United States District Judge

                          REBECCA BEACH SMITH
              SENIOR UNITED STATES DISTRICT JUDGE

May 2, 2025