AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Fernandez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25cv53 |
| Richard | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Antonio Fernandez

Date:  05/12/2025

*Attorney's signature*

Maisie Osteen
*Printed name and bar number*

Legal Aid Justice Center
626 E. Broad Street, Suite 200
Richmond, Virginia
23219

*Address*

maisie@justice4all.org
*E-mail address*

(434) 825-3697
*Telephone number*

(804) 643-2059
*FAX number*