UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION
Norfolk Division

ANTONIO FERNANDEZ,

       Plaintiff,

                                  Civil Action No.: 2:25-cv-53

v.

ANNA ANIMAH RICHARD,

       Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Antonio Fernandez respectfully notifies the Court that the parties have reached a settlement in the above-captioned matter. A stipulation of dismissal will be drafted and filed promptly.

Respectfully submitted,

ANTONIO FERNANDEZ

By: _____/s/ Danny Zemel_____
                Counsel

Danny Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB No. 98736)
LEGAL AID JUSTICE CENTER
626 East Broad Street, Suite 200
Richmond, VA 23219

Phone : (804) 643-1086
Fax : (804) 643-2059
Email : maisie@justice4all.org

*Counsel for Plaintiff Antonio Fernandez*

### Certificate of Service

I hereby certify that on this 8th day of August 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                        By:    /s/ Danny Zemel___
                                  Counsel