UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION
Norfolk Division

ANTONIO FERNANDEZ,

      Plaintiff,

v.                                                    Civil Action No.: 2:25-cv-53

ANNA ANIMAH RICHARD,

      Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties submit this stipulation of dismissal. This action shall be dismissed with prejudice, and each party shall bear their own fees and costs. The parties have agreed that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), jurisdiction to enforce the terms of the parties' settlement shall remain with this Court.

Respectfully submitted,

ANTONIO FERNANDEZ

By: _____/s/ Danny Zemel_____
                Counsel

Danny Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

                                                  Maisie Osteen (VSB No. 98736)
                                                  LEGAL AID JUSTICE CENTER
                                                  626 East Broad Street, Suite 200
                                                  Richmond, VA 23219
                                                  Phone : (804) 643-1086
                                                  Fax : (804) 643-2059
                                                  Email : maisie@justice4all.org
                                                  *Counsel for the Plaintiff*

AGREED:

*/s/ Danny Zemel*____
Danny Zemel, Esq. (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com
*Counsel for the Plaintiff*

*/s/ Maisie Osteen*____
Maisie Osteen (VSB No. 98736)
LEGAL AID JUSTICE CENTER
626 East Broad Street, Suite 200
Richmond, VA 23219
Phone : (804) 643-1086
Fax : (804) 643-2059
Email : maisie@justice4all.org
*Counsel for the Plaintiff*


*/s/ Richard Vorhis*____
Richard C. Vorhis, (VSB No. 23170)
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 200-4216
Fax: (804) 371-2087
Email:  rvorhis@oag.state.va.us
*Counsel for the Defendant*

*/s/ Mitchell Sanders*____
Michell E. Sanders, (VSB No. 100764)

Assistant Attorney General
Office of the Attorney General
4429 Bonney Road, Suite 400
Virginia Beach, BA 23462
Phone: (757) 910-3912
Fax: (804) 786-4239
Email: msanders@oag.state.va.us
*Counsel for the Defendant*

**Certificate of Service**

I hereby certify that on this 19th day of August 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By:   /s/ Danny Zemel___
                 Counsel