UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                                 Action No. 2:25cv53

ANNA ANIMAH RICHARD,

    Defendant.

## FINAL ORDER

    The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 23. This case is **DISMISSED WITH PREJUDICE**, with each of the parties bearing their own costs, expenses, and attorneys' fees. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

    The Clerk is **DIRECTED** to close this case and to send a copy of this order to all counsel of record.

    **IT IS SO ORDERED.**

                                                                  /s/
                                                             Robert J. Krask
                                                United States Magistrate Judge

Norfolk, Virginia
August 19, 2025